# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| KEVIN FERNANDEZ,<br>          Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>          Respondent. | No. 76542 ✓ |
| KEVIN FERNANDEZ,<br>          Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>          Respondent. | No. 76544 |
| KEVIN FERNANDEZ,<br>          Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>          Respondent. | No. 76545 |

FILED

AUG 0 9 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se appeals from judgments of conviction. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

This court's review of these appeals reveals a jurisdictional defect. The notices of appeal were untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction

18-30724

in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider these appeals, and we ORDER these appeals DISMISSED.

_____Pickering_____, J.
Pickering

_____Gibbons_____, J.
Gibbons

_____Hardesty_____, J.
Hardesty

cc:    Hon. Robert W. Lane, District Judge
       Kevin Fernandez
       Attorney General/Carson City
       Nye County District Attorney
       Nye County Clerk